IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-20262
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAIRO CARDENAS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-00-CR-575-2
--------------------
May 29, 2002

Before JONES, SMITH, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:*

Court-appointed counsel representing Jairo Cardenas has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Cardenas has filed a response and supplemental response. Our independent review of counsel's brief, Cardenas' response, and the record discloses no nonfrivolous issue. The record has not been adequately developed for us to consider any claim of ineffective assistance of counsel

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

on direct appeal.  See United States v. Haese, 162 F.3d 359, 363-64 (5th Cir. 1998).  Accordingly, counsel's motion for leave to withdraw is GRANTED and counsel is excused from further responsibilities herein, motion for appointment of counsel is DENIED, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.